# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT J. MURPHY, | : No. 475 MAL 2023 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MICHELE FRANK A/K/A MICHELE | : |
| MARINARI, WESTPORT INS., FRANK | : |
| WILLIAMS, O'DONNELL HAGNER AND | : |
| WILLIAMS, P.C. AND ROBERT MORRIS | : |
| AND MORRIS & CLEMM, P.C., | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.